# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK; UNIVERSITY OF CONNECTICUT; and WORCESTER POLYTECHNIC INSTITUTE,<br><br>*Plaintiffs,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG SEMICONDUCTOR, INC.,<br><br>*Defendants.* | CIVIL ACTION NO. 2-23-CV-000141-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SAMSUNG AUSTIN SEMICONDUCTOR, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiffs The Research Foundation for The State University of New York, University of Connecticut, and Worcester Polytechnic Institute (collectively, "Plaintiffs" and/or "the Universities") hereby dismiss without prejudice all claims against Samsung Austin Semiconductor, LLC in the above captioned case.

This notice is properly filed pursuant to Rule 41(a)(1)(a)(i) before Samsung Austin Semiconductor, LLC serves an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). This notice dismisses only Samsung Austin Semiconductor, LLC and has no effect on the remaining defendants in this case.

Accordingly, the Universities request this Court enter an Order acknowledging this Notice of dismissal and dismissing without prejudice all claims asserted in this case by Plaintiffs against Samsung Austin Semiconductor, LLC, with both sides to bear their own costs and fees.

DATED: August 31, 2023  /s/ Michael A. Siem by permission Claire Abernathy Henry
Michael A. Siem – LEAD ATTORNEY
(pro hac vice forthcoming)
Emilio F. Grillo
(pro hac vice forthcoming)
Cedric Tan
(pro hac vice forthcoming)
Chiara M. Carni
(pro hac vice forthcoming)
GOLDBERG SEGALLA LLP
711 Third Avenue, Suite 1900
New York, New York 10017
Telephone: (646) 292-8700
msiem@goldbergsegalla.com
egrillo@goldbergsegalla.com
ctan@goldbergsegall.com
cmcarni@goldbergsegalla.com

Of Counsel:

Claire Abernathy Henry
TX Bar No. 24053063
Andrea L. Fair
TX Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
claire@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on this 31st day of August, 2023.

                                                   */s/ Claire Abernathy Henry*
                                                   Claire Abernathy Henry