IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK and UNIVERSITY OF CONNECTICUT and WORCESTER POLYTECHNIC INSTITUTE,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 2:23-cv-00141-RWS-RSP |

## NOTICE OF COMPLIANCE

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. hereby notify the Court that they have served their Initial and Additional Disclosures on counsel for Plaintiff via electronic mail on December 14, 2023.

DATED: December 18, 2023

By: */s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Ave.
Marshall, TX 75670
903.934.8450 (Telephone)
903.934.9257 (Facsimile)
melissa@gillamsmithlaw.com

Frank A. DeCosta
Parmanand K. Sharma (pro hac vice)
Christopher T. Blackford (pro hac vice)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
frank.decosta@finnegan.com

parmanand.sharma@finnegan.com
christopher.blackford@finnegan.com

Charles H. Suh (pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer Street, 8th Floor
Reston, VA 20190-6023
(571) 203-2700
charles.suh@finnegan.com

Benjamin Schlesinger (pro hac vice)
Shawn S. Chang (pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
271 17th St. NW Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400
benjamin.schlesinger@finnegan.com
shawn.chang@finnegan.com

*Counsel for Defendants*
*Samsung Electronics Co., Ltd., Samsung*
*Electronics America, Inc., and Samsung*
*Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 18th day of December, 2023.

/s/ *Melissa R. Smith*
Melissa R. Smith