UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK; UNIVERSITY OF CONNECTICUT; and WORCESTER POLYTECHNIC INSTITUTE,<br><br>*Plaintiffs,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG SEMICONDUCTOR, INC.,<br><br>*Defendants.* | CIVIL ACTION NO. 2-23-CV-000141-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Plaintiffs The Research Foundation for the State University of New York, the University of Connecticut, and Worcester Polytechnic Institute hereby notify the Court that they have served their amended infringement contentions pursuant to P.R. 3-1 and paragraph 3(a)(i) of the Court's Discovery Order (Dkt. 53) entered on January 3, 2024 on Defendants' counsel of record via electronic mail on Wednesday, March 13, 2024.

DATED: March 14, 2024

/s/ *Michael A. Siem by permission Claire Abernathy Henry*
Michael A. Siem – LEAD ATTORNEY
(pro hac vice forthcoming)
Emilio F. Grillo
(pro hac vice forthcoming)
Cedric Tan
(pro hac vice forthcoming)
Chiara M. Carni

(pro hac vice forthcoming)
GOLDBERG SEGALLA LLP
711 Third Avenue, Suite 1900
New York, New York 10017
Telephone: (646) 292-8700
msiem@goldbergsegalla.com
egrillo@goldbergsegalla.com
ctan@goldbergsegall.com
cmcarni@goldbergsegalla.com

Of Counsel:

Claire Abernathy Henry
TX Bar No. 24053063
Andrea L. Fair
TX Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
claire@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2024, the foregoing document was filed electronically in compliance with Local Rule CV-5(a), which will provide notice of the same to all counsel of record.

>  */s/ Claire Abernathy Henry*
>  Claire Abernathy Henry