# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK and UNIVERSITY OF CONNECTICUT and WORCESTER POLYTECHNIC INSTITUTE,<br><br>       Plaintiffs,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA, INC.;<br>SAMSUNG SEMICONDUCTOR, INC.,<br><br>       Defendants. | Case No. 2:23-cv-00141-RWS-RSP |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to the Court's First Amended Docket Control Order entered January 4, 2024 (Dkt. 52) and the Patent Local Rules for the Eastern District of Texas ("Patent Rules" or "P.R."), Plaintiffs The Research Foundation for the State University of New York, University of Connecticut and Worcester Polytechnic Institute (collectively, "Plaintiffs") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively, "Defendants") hereby submit their Joint Claim Construction and Prehearing Statement.

  **I.**  **Construction of Claim Terms on Which the Parties Agree (P.R. 4-3(a)(1))**

The parties have not reached agreement on any terms for construction.

  **II.**  **Disputed Claim Terms/Phrases (P.R. 4-3(a)(2))**

The chart showing the parties' proposed constructions with intrinsic and extrinsic evidence supporting such constructions is attached as Exhibit A. All parties reserve the right to rely upon any intrinsic or extrinsic evidence identified by any other party, and any evidence obtained through claim construction discovery. In addition, each party reserves the right to amend, correct, or

supplement its claim construction positions and supporting evidence in response to any change of position by any other party, or for other good cause.

### III. Anticipated Length of Time for Necessary for the Claim Construction Hearing (P.R. 4-3(a)(3))

The Claim Construction Hearing is set to begin on August 20, 2024 at 9:00 a.m. in Marshall, Texas before Judge Roy Payne. The parties believe that no more than four (4) hours should be necessary for a claim construction hearing. The Parties agree that the hearing time should be divided equally between Plaintiffs and Defendants.

### IV. Anticipated Witnesses at the Claim Construction Hearing

At the present time, the parties do not anticipate calling any live witnesses at the claim construction hearing.

### V. Other Issues to be Addressed at a Prehearing Conference Prior to the Claim Construction Hearing

At this time, the parties are not aware of any other issues that might be appropriately addressed at a prehearing conference prior to the Claim Construction Hearing.

DATED: June 7, 2024

/s/ *Michael A. Siem by permission Andrea Fair*
Michael A. Siem – LEAD ATTORNEY
(*pro hac vice*)
Emilio F. Grillo (*pro hac vice*)
Cedric Tan (*pro hac vice*)
Chiara M. Carni (*pro hac vice*)
Christina M. Juliano (*pro hac vice*)
Lynn A. Lehnert (*pro hac vice*)
GOLDBERG SEGALLA LLP
711 Third Avenue, Suite 1900
New York, New York 10017
Telephone: (646) 292-8700
msiem@goldbergsegalla.com
egrillo@goldbergsegalla.com
ctan@goldbergsegall.com
cmcarni@goldbergsegalla.com
cjuliano@goldbergsegalla.com
llehnert@goldbergsegalla.com

Richard C. Weinblatt

        Stamatios Stamoulis
        STAMOULIS & WEINBLATT LLC
        800 N. West Street, Third Floor
        Wilmington, DE 19801
        weinblatt@swdelaw.com
        stamoulis@swdelaw.com

        Of Counsel:

        Claire Abernathy Henry
        TX Bar No. 24053063
        Andrea L. Fair
        TX Bar No. 24078488
        WARD, SMITH & HILL, PLLC
        PO Box 1231
        Longview, Texas 75606-1231
        Telephone: (903) 757-6400
        Facsimile: (903) 757-2323
        claire@wsfirm.com
        andrea@wsfirm.com

        *Attorneys for Plaintiffs*


        /s/ *Christopher T. Blackford by permission Andrea Fair*
        Melissa R. Smith
        Texas State Bar No. 24001351
        **GILLAM & SMITH LLP**
        303 South Washington Ave.
        Marshall, TX 75670
        903.934.8450 (Telephone)
        903.934.9257 (Facsimile)
        melissa@gillamsmithlaw.com

        Frank A. DeCosta, III
        Parmanand K. Sharma (*pro hac vice*)
        Christopher T. Blackford (*pro hac vice*)
        **FINNEGAN, HENDERSON, FARABOW,**
        **GARRETT & DUNNER, LLP**
        901 New York Avenue, N.W.
        Washington, D.C. 20001-4413
        (202) 408-4000

        Charles H. Suh (*pro hac vice*)

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor
Reston, VA 20190-6023
(571) 203-2700

Benjamin Schlesinger (*pro hac vice*)
Shawn S. Chang (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th St. NW Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400

*Attorneys for Defendants
Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., & Samsung Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that a copy of the foregoing document was served via ECF to all counsel of record on this 7th day of June, 2024.

                                             */s/ Andrea Fair*
                                             Andrea Fair