# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK and UNIVERSITY OF CONNECTICUT and WORCESTER POLYTECHNIC INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No. 2:23-cv-00141-RWS-RSP |

## DEFENDANTS' NOTICE OF DESIGNATION OF LEAD COUNSEL

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively, "Samsung") respectfully submit to the Court this Notice of Designation of Lead Counsel. Samsung hereby designates Anand K. Sharma of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP as lead counsel in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon lead counsel at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Avenue, N.W., Washington, D.C. 20001-4413.

| | |
|---|---|
| Dated: August 14, 2024 | Respectfully submitted, |

*/s/ Melissa R. Smith*

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Ave.
Marshall, TX 75670
903.934.8450 (Telephone)
903.934.9257 (Facsimile)
melissa@gillamsmithlaw.com

Frank A. DeCosta, III
Parmanand K. Sharma (*pro hac vice*)
Christopher T. Blackford (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Charles H. Suh (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor
Reston, VA 20190-6023
(571) 203-2700

Benjamin Schlesinger (*pro hac vice*)
Shawn S. Chang (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th St. NW Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., & SAMSUNG SEMICONDUCTOR, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this 14th day of August 2024.

                                                 */s/ Melissa R. Smith*
                                                 Melissa R. Smith