IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK and UNIVERSITY OF CONNECTICUT and WORCESTER POLYTECHNIC INSTITUTE,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00141-RWS-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

　　　　Plaintiffs The Research Foundation for The State University of New York, University of Connecticut, and Worcester Polytechnic Institute (collectively, "Plaintiffs") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Defendants") (together with Plaintiffs, the "Parties") submit this Joint Motion to Amend Docket Control Order (Dkt. No. 145) for the deadlines to Complete Fact Discovery and File Motions to Compel Discovery and the Parties to Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof.  The Parties agree on a deadline of January 21, 2025, to Complete Fact Discovery and File Motions to Compel Discovery and a deadline of January 27, 2025, for the Parties to Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof.  The Parties' Fourth Amended Docket Control Order with this deadline is attached as Exhibit A.

　　　　This amendment is not sought for purposes of delay, and the amendment will not affect any other deadlines in the case.

　　　　WHEREFORE, the Parties respectfully request that the Court amend the Docket Control

1

Order as requested by the Parties.

Dated: October 11, 2024

Respectfully submitted,

*/s/ Claire Abernathy Henry*
Timothy Devlin – LEAD ATTORNEY
Michael A. Siem (*pro hac vice*)
Cedric Tan (*pro hac vice*)
Chiara M. Carni (*pro hac vice*)
Kevin Shaw (*pro hac vice*)
Christopher R. Clayton
Devlin Law Firm LLC
1526 Gilpin Ave.
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
msiem@devlinlawfirm.com
ctan@devlinlawfirm.com
ccarni@devlinlawfirm.com
kshaw@devlinlawfirm.com
cclayton@devlinlawfirm.com

Of Counsel:

Claire Abernathy Henry
TX Bar No. 24053063
Andrea L. Fair
TX Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@millerfairhenry.com

**Attorneys for Plaintiffs**

*/s/ Parmanand K. Sharma by permission*
*Claire Abernathy Henry*
Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Ave.
Marshall, TX 75670
903.934.8450 (Telephone)
903.934.9257 (Facsimile)
melissa@gillamsmithlaw.com

Frank A. DeCosta, III
Parmanand K. Sharma (*pro hac vice*)
Christopher T. Blackford (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Charles H. Suh (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer Street, 8th Floor
Reston, VA 20190-6023
(571) 203-2700

Benjamin Schlesinger (*pro hac vice*)
Shawn S. Chang (*pro hac vice*)
David A. Lebby (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
271 17th St. NW Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400

***ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., & SAMSUNG SEMICONDUCTOR, INC.***

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiffs and counsel for Defendants have complied with Local Rule CV-7(h) by conferring, and all parties agree to filing this as a joint motion.

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry
