# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK and UNIVERSITY OF CONNECTICUT and WORCESTER POLYTECHNIC INSTITUTE,<br><br>　　　　*Plaintiffs,*<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.,<br><br>　　　　*Defendants.* | C.A. No. 2:23-cv-00141-RWS-RSP<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' UNOPPOSED
## MOTION FOR LEAD COUNSEL TO BE EXCUSED FROM HEARING

Plaintiffs, The Research Foundation for The State University of New York, University of Connecticut and Worchester Polytechnic Institute ("Plaintiffs"), hereby request that their Lead Counsel, Timothy Devlin, be excused from attending the pre-trial conference set for May 12, 2025. Mr. Devlin is set for trial in *Gonzales, et al v. City of Austin, et al*, Cause No. **1**:22-cv-655, in the United States District Court for the Western District of Texas, Austin Division, on the same date, May 12, 2025, at 9:30 a.m., per the attached Order dated January 13, 2025.

Plaintiffs other counsel of record are fully knowledgeable about the issues in dispute and have authority to answer any questions. They will attend the hearing along with Local Counsel. Should the trial in *Gonzales, et al v. City* of Austin be moved or the case resolved, Mr. Devlin will attend the pretrial conference in this matter.

Dated: January 30, 2025

Respectfully Submitted,

*/s/ Timothy Devlin by permission Claire Henry*
Timothy Devlin – LEAD ATTORNEY
tdevlin@devlinlawfirm.com
Michael A. Siem
msiem@devlinlawfirm.com
Cedric Tan**
ctan@devlinlawfirm.com
Chiara M. Carni**
ccarni@devlinlawfirm.com
Kevin Shaw**
kshaw@devlinlawfirm.com
Christopher R. Clayton
cclayton@devlinlawfirm.com
Joseph J. Gribbin**
jgribbin@devlinlawfirm.com
Jinling Wang**
jwang@devlinlawfirm.com
Michael J. Barresi**
mbaressi@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*\*\*admitted pro hac vice*

Of Counsel:

Claire Abernathy Henry
TX Bar No. 24053063
Andrea L. Fair
TX Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
claire@millerfairhenry.com
andrea@millerfairhenry.com

*Attorneys for Plaintiffs*

*THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, UNIVERSITY OF CONNECTICUT, AND WORCESTER POLYTECHNIC INSTITUTE*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

*/s/ Claire Henry*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiffs met and conferred with counsel for Defendants and the relief requested in this motion is unopposed.

*/s/ Claire Henry*