# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK; UNIVERSITY OF CONNECTICUT; and WORCESTER POLYTECHNIC INSTITUTE, <br><br>*Plaintiffs,* <br><br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG SEMICONDUCTOR, INC., <br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2-23-CV-000141-RWS-RSP <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Plaintiffs The Research Foundation for The State University of New York, University of Connecticut, and Worcester Polytechnic Institute hereby notify the Court that pursuant to the Sixth Amended Docket Control Order (Dkt. 184) entered in the above referenced matter, they have served their Pretrial Disclosures upon Defendants' counsel of record via electronic mail on Monday, March 31, 2025.

|  |  |
|---|---|
| Dated: April 1, 2025 | Respectfully Submitted,<br><br>/s/ *Joseph J. Gribbin*<br>Timothy Devlin – LEAD ATTORNEY<br>tdevlin@devlinlawfirm.com<br>Michael A. Siem<br>msiem@devlinlawfirm.com<br>Cedric Tan**<br>ctan@devlinlawfirm.com<br>Joseph J. Gribbin**<br>jgribbin@devlinlawfirm.com<br>Chiara M. Carni**<br>ccarni@devlinlawfirm.com<br>Kevin Shaw**<br>kshaw@devlinlawfirm.com<br>Jinling Wang**<br>jwang@devlinlawfirm.com<br>Michael J. Barresi**<br>mbaressi@devlinlawfirm.com<br>Lowell Jacobson**<br>ljacobson@devlinlawfirm.com<br>C. Chad Henson<br>chenson@devlinlawfirm.com<br>**DEVLIN LAW FIRM LLC**<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>**admitted pro hac vice<br><br>*Of Counsel*:<br>Claire Abernathy Henry<br>TX Bar No. 24053063<br>Andrea L. Fair<br>TX Bar No. 24078488<br>Miller Fair Henry PLLC<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>Telephone:  (903) 757-6400<br>Facsimile:  (903) 757-2323<br>claire@millerfairhenry.com<br>andrea@millerfairhenry.com<br><br>**ATTORNEYS FOR PLAINTIFFS** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

*/s/ Joseph J. Gribbin*
Joseph J. Gribbin