**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

THE RESEARCH FOUNDATION FOR THE
STATE UNIVERSITY OF NEW YORK,
UNIVERSITY OF CONNECTICUT, and
WORCESTER POLYTECHNIC INSTITUTE,

    *Plaintiffs*,

    v.

SAMSUNG ELECTRONICS CO., LTD.;
SAMSUNG ELECTRONICS AMERICA, INC., and
SAMSUNG SEMICONDUCTOR, INC.,

    *Defendants*.

Case No.: 2:23-CV-00141-RWS-RSP

**JURY TRIAL DEMANDED**

**NOTICE OF COMPLIANCE REGARDING PRETRIAL DISCLOSURES**

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

Samsung Semiconductor, Inc. hereby notify the Court that pursuant to the Sixth Amended Docket

Control Order (Dkt. No. 184), they have served their Pretrial Disclosures upon counsel of record

for Plaintiffs The Research Foundation for The State University of New York, University of

Connecticut, and Worcester Polytechnic Institute *via* electronic mail on Monday, March 31, 2025.

Dated: April 1, 2025

Respectfully submitted,

 */s/ Melissa R. Smith*

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Frank A. DeCosta
Parmanand K. Sharma (*Pro Hac Vice*)

Christopher T. Blackford (*Pro Hac Vice*)
Daniel G. Chung (*Pro Hac Vice*)
Nicholas A. Cerulli (*Pro Hac Vice*)
Alexander E. Harding (*Pro Hac Vice*)
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000

Charles H. Suh (*Pro Hac Vice*)
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor
Reston, Virginia 20190-6023
Telephone: (571) 203-2700

Benjamin Schlesinger (*Pro Hac Vice*)
Shawn S. Chang (*Pro Hac Vice*)
David A. Lebby (*Pro Hac Vice*)
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
271 17th Street NW, Suite 1400
Atlanta, Georgia 30363-6209
Telephone: (404) 653-6400

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd., Samsung Electronics*
*America, Inc., and Samsung Semiconductor, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on April 1, 2025.

*/s/ Melissa R. Smith*

Melissa R. Smith