IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, UNIVERSITY OF CONNECTICUT, and WORCESTER POLYTECHNIC INSTITUTE,<br><br>*Plaintiffs,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.,<br><br>*Defendants.* | C.A. No. 2:23-cv-00141-RWS-RSP<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT**

Plaintiffs The Research Foundation for The State University of New York, University of Connecticut, and Worcester Polytechnic Institute ("Plaintiffs") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor, Inc.("Samsung") (collectively with Plaintiffs, "the Parties") have reached a settlement in principle to resolve all issues in the case and are presently engaged in finalizing the long-form documents related to that agreement. Accordingly, the Parties ask that the Court stay all pending deadlines between the Parties for thirty (30) days up to and including **May 19, 2025**, in order to allow them sufficient time to finalize the long-form settlement in this matter and file dismissal papers without incurring additional expenses.

|  |  |
|---|---|
| Dated: April 17, 2025 | Respectfully submitted,<br><br>*/s/Michael Siem by permission Claire Henry*<br>Timothy Devlin – LEAD ATTORNEY<br>tdevlin@devlinlawfirm.com<br>Michael A. Siem<br>msiem@devlinlawfirm.com<br>Cedric Tan**<br>ctan@devlinlawfirm.com<br>Joseph J. Gribbin**<br>jgribbin@devlinlawfirm.com<br>Chiara M. Carni**<br>ccarni@devlinlawfirm.com<br>Kevin Shaw**<br>kshaw@devlinlawfirm.com<br>Jinling Wang**<br>jwang@devlinlawfirm.com<br>Michael J. Barresi**<br>mbaressi@devlinlawfirm.com<br>Lowell Jacobson**<br>ljacobson@devlinlawfirm.com<br>C. Chad Henson<br>chenson@devlinlawfirm.com<br>**DEVLIN LAW FIRM LLC**<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>**admitted *pro hac vice*<br><br>*Of Counsel:*<br>Claire Abernathy Henry<br>TX Bar No. 24053063<br>Andrea L. Fair<br>TX Bar No. 24078488<br>**MILLER FAIR HENRY PLLC**<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Telephone:  (903) 757-6400<br>Facsimile:  (903) 757-2323<br>claire@millerfairhenry.com<br>andrea@millerfairhenry.com<br><br>***ATTORNEYS FOR PLAINTIFFS*** |

<u>/s/ Parmanand K. Sharma by permission Claire Henry</u>
Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Ave.
Marshall, TX 75670
903.934.8450 (Telephone)
903.934.9257 (Facsimile)
melissa@gillamsmithlaw.com

Frank A. DeCosta, III
Parmanand K. Sharma (*pro hac vice*)
Christopher T. Blackford (*pro hac vice*)
Daniel G. Chung (*pro hac vice*)
Nicholas A. Cerulli (*pro hac vice*)
Alexander E. Harding (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Charles H. Suh (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor
Reston, VA 20190-6023
(571) 203-2700

Benjamin Schlesinger (*pro hac vice*)
Shawn S. Chang (*pro hac vice*)
David A. Lebby (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th St. NW Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., & SAMSUNG SEMICONDUCTOR, INC.**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for parties have conferred to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(i) and that this motion is being filed jointly.

*/s/Claire Abernathy Henry*
Claire Abernathy Henry

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 17, 2025, counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Claire Abernathy Henry*
Claire Abernathy Henry
