IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THE RESEARCH FOUNDATION for<br>THE STATE UNIVERSITY of NEW YORK,<br>et a.,<br>    *Plaintiffs*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al,<br>    *Defendants* | § § § § § § § § § | CASE NO. 2:23-cv-00141-RWS-RSP |

## REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference by David Folsom on Tuesday, April 8, 2025, and Monday, April 14, 2025, between Plaintiffs and Defendants. After continued discussions between counsel for parties and the undersigned, a settlement between the parties was reached.

Signed this 21st day of April 2025.

/s/ David Folsom
David Folsom
TXBN: 07210800
**FOLSOM ADR PLLC**
6002-B Summerfield Drive
Texarkana, Texas 75503
Telephone: (903) 277-7303
Email: david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on April 21, 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ David Folsom
David Folsom