# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, ET AL.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL. | Case No. 2:23-cv-00141-RWS-RSP |

## ORDER

Before the Court is the Joint Motion to Stay and Notice of Settlement filed by Plaintiffs The Research Foundation for The State University of New York, University of Connecticut, and Worcester Polytechnic Institute and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor. **Dkt. No. 222.** After consideration, and noting its joint nature, the Court **GRANTS** the Motion.

It is **ORDERED** that the above-captioned case is hereby **STAYED** for 30 days to allow the parties to file dismissal documents with the Court.

**SIGNED this 20th day of April, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE